FILED

2019 MAR 27 PM 2: 19

U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

JUDGE LIOI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:19 CR 184 |
| v. ) | |
| ) | Title 18, United States Code, |
| ANTHONY M. WASHINGTON, ) | Sections 922(g)(1), 924(c)(1)(A) |
| ) | and (c)(1)(A)(i); Title 21, United |
| Defendant. ) | States Code, Sections 841(a)(1) |
| ) | and (b)(1)(C) |

<u>COUNT 1</u>
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about January 31, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY M. WASHINGTON did knowingly and intentionally possess with intent to distribute approximately 4.58 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>COUNT 2</u>
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about January 31, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY M. WASHINGTON did knowingly and intentionally possess with intent

to distribute approximately 3.69 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

3. On or about January 31, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY M. WASHINGTON, having been previously convicted of multiple crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking in Drugs, a felony in the 3rd degree, Case Number 16CR094420, on or about December 19, 2016; Trafficking in Drugs, a felony in the 3rd degree, Case Number 16CR094906, on or about December 19, 2016; and Domestic Violence, a felony in the 4th degree, Case Number 13CR087213, on or about July 16, 2014, all in the Lorain County Court of Common Pleas, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Springfield XD9 9mm caliber handgun, serial number S3797442, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 4
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C.
§§ 924(c)(1)(A) and (c)(1)(A)(i))

The Grand Jury further charges:

4. On or about January 31, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY M. WASHINGTON did knowingly possess a firearm, to wit: a Springfield XD9 9mm caliber handgun, serial number S3797442, in furtherance of a drug trafficking crime, for which said defendant may be prosecuted in a court of the United States,

that is, Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Counts 1 and 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant ANTHONY M. WASHINGTON shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

    a.    A Springfield XD9 9mm caliber handgun, bearing serial number S3797442, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.